UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

v.

NICHOLAS CHARLES TOECKER,

Defendant.
_____/

Violations:
18 U.S.C. § 2251(a)
18 U.S.C. § 2422(b)
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)

Case: 5:25-cr-20793
Assigned To : Levy, Judith E.
Referral Judge: Altman, Kimberly G.
Assign. Date : 10/21/2025
Description: INDI USA V. TOECKER (NA)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 2251(a)
*Sexual Exploitation of a Child*

On or about October 2024 through May 2025, in the Eastern District of Michigan, Southern Division, the defendant, NICHOLAS CHARLES TOECKER, knowingly employed, used, persuaded, induced, and enticed Minor Victim One to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know: that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign

commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO
### 18 U.S.C. § 2422(b)
*Coercion and Enticement of a Minor*

On or about October 2024 through May 2025, in the Eastern District of Michigan, Southern Division, the defendant, NICHOLAS CHARLES TOECKER, used a facility and means of interstate and foreign commerce, that is, the Internet, to knowingly persuade, induce, and entice Minor Victim One, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
18 U.S.C. § 2252A(a)(2)
*Receipt of Child Pornography*

On or about October 2024 through May 2025, in the Eastern District of Michigan, Southern Division, the defendant, NICHOLAS CHARLES TOECKER, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT FOUR
18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)
*Possession of Child Pornography*

On or about October 2024 through May 2025, in the Eastern District of Michigan, Southern Division, the defendant, NICHOLAS CHARLES TOECKER, knowingly possessed child pornography as defined in Title 18, United States Code, Section 2256(8), which had been shipped and transported using a means and facility of interstate and foreign commerce and in an affecting interstate and foreign commerce, and the child pornography was produced using materials that had been shipped and transported in and affecting interstate and

foreign commerce, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts One, Two, Three, and Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 2253.

Upon conviction of the offenses charged in Counts One, Two, Three, or Four of the Indictment, the defendant shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

1. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections.

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

Substitute Assets – If any of the property described above, as a result of any act or omission of the defendant:

4

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

                                                                 THIS IS A TRUE BILL.

                                                *s/ Grand Jury Foreperson*
                                                Grand Jury Foreperson

JEROME F. GORGON Jr.
United States Attorney

*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Micah S. Wallace*
MICAH S. WALLACE
Assistant United States Attorney

Dated: October 21, 2025

5

| United States District Court<br>Eastern District of Michigan | Criminal Case C( | Case: 5:25-cr-20793<br>Assigned To : Levy, Judith E.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 10/21/2025<br>Description: INDI USA V. TOECKER (NA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co...

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials:  M.W |

**Case Title:** USA v. Nicholas Charles Toecker

**County where offense occurred :** Macomb

**Check One:**   ☒ Felony     ☐ Misdemeanor     ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 25-mj-30640 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 21, 2025
Date

*/s/ M Wallace*
Micah Wallace P80019
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Micah.Wallace@usdoj.gov
313-226-9591

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.